IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATALIE PETRONGOLA,<br><br>         Plaintiff,<br><br>    v.<br><br>ROTHMAN NATIONAL MANAGEMENT SERVICES ORGANIZATION, LLC et al.,<br><br>         Defendants.<br><br>*and related cases* | CIVIL ACTION Nos.<br>No. 23-734<br>No. 23-861<br>No. 23-1049<br>No. 23-1553<br>No. 23-1597 |

**ORDER**

**AND NOW**, this 11th day of July 2025, upon consideration of Defendants' Motion to Compel[1] (Doc. No. 59), Plaintiffs' Response in Opposition (Doc. No. 62), Defendants' Motion to Strike[2] (Doc. No. 64), Plaintiffs' Response in Opposition (Doc. No. 65) and the Report and Recommendation of Special Master James J. Rohn, Esquire, (Doc. No. 66), to which no objections have been filed, it is **ORDERED** as follows:

1. The Report and Recommendation of Special Master James J. Rohn, Esquire, (Doc. No. 66) is **APPROVED** and **ADOPTED**.

2. Defendants' Motion to Compel (Doc. No. 59) is **DENIED**.

---

[1] The Motion to Compel was filed in all five related cases. (See No. 23-861 at Doc. No. 55; No. 23-1049 at Doc. No. 55; No. 23-1553 at Doc. No. 51; No. 23-1597 at Doc. No. 51.)

[2] The Motion to Strike was filed in all five related cases. (See No. 23-861 at Doc. No. 59; No. 23-1049 at Doc. No. 59; No. 23-1553 at Doc. No. 55; No. 23-1597 at Doc. No. 55.)

1

3. Defendants' Motion to Strike (Doc. No. 64) is **DENIED**.

                                                        BY THE COURT:

                                         /s/ Joel H. Slomsky
                                         JOEL H. SLOMSKY, J.